# United States Court of Appeals
## For the First Circuit

---

No. 25-1799

GREATER BOSTON LEGAL SERVICES; ARAUJO & FISHER, LLC; ANNELISE M. ARAUJO; STEFANIE FISHER,

Plaintiffs, Appellants,

DEMISSIE & CHURCH; SUSAN CHURCH; GRAVES & DOYLE, Attorneys at Law; KERRY DOYLE; WILLIAM E. GRAVES, JR.,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, in the official capacity as United States Secretary of Homeland Security; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; JOSEPH B. EDLOW, in the official capacity as Director of United States Citizenship and Immigration Services; IMMIGRATION AND CUSTOMS ENFORCEMENT; DAVID J. VENTURELLA, in the official capacity as Senior Official Performing the Duties of Director of Immigration and Customs Enforcement; UNITED STATES CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, in the official capacity as Commissioner of United States Customs and Border Protection,

Defendants, Appellees.

---

**JUDGMENT**

Entered: October 29, 2026

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed.

By the Court:
Anastasia Dubrovsky, Clerk

cc: John T. Montgomery, Adriana Lafaille, Jessie J. Rossman, Sandra Masselink, Donald Campbell Lockhart, Charles W. Scarborough, Brett Allen Shumate, Abraham R. George, Simon Gregory Jerome, Susan M. Finegan, Emily Kanstroom Musgrave, Cassandra L. Harris, Nicholas Anthony Butto, Gabrielle Brown, Alexa V. Greco, Savannah M. Wormley